**Order filed January 16, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00984-CV
_____

**JUNG JU CHANGE, Appellant**

**V.**

**H-MART HOUSTON, INC., Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1035736**

---

## O R D E R

Appellant's brief was due January 6, 2014. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **February 18, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM